STATE OF NEW JERSEY v. CHRISTINE CAMERON.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR J. MASSEY.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. TROY DEWITT FRANKLIN.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS E. SLADE.

October 6, 1986.

Petition for certification denied.